**\*\*E-filed 6/16/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT, | No. C 11-80128 RS |
|         Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| MARCUS LEWIS, | |
|         Defendant. | |

On June 6, 2011, plaintiff's application for leave to proceed *in forma pauperis* was denied and he was advised that if he did not pay the filing fee within thirty days, the action would be dismissed without prejudice. More than thirty days have elapsed and plaintiff not paid the filing fee or taken any other action. Accordingly, this action is dismissed, without prejudice.

Dated: 6/16/11

      RICHARD SEEBORG
      UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #218
San Francisco, CA 94109

DATED: 6/16/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg