**\*\*E-filed 10/14/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT,<br><br>      Plaintiff,<br>  v.<br><br>MARCUS LEWIS,<br><br>      Defendant.<br>_____/ | No. C 11-80128 RS<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

On June 16, 2011, the Court dismissed this action without prejudice, as plaintiff's application for leave to proceed *in forma pauperis* had been denied and plaintiff had not paid the filing fee as instructed to maintain the suit. After the case was closed, plaintiff submitted an amended complaint. As plaintiff still has not complied with the Court's instruction to pay the filing fee, his amended complaint does not serve to reopen the case and the file shall remain closed.

IT IS SO ORDERED.

Dated: 10/14/11

                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #218
San Francisco, CA 94109

DATED:  10/14/11

                                                /s/ Chambers Staff
                                                Chambers of Judge Richard Seeborg