**\*\*E-filed 11/9/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCE S. ELLIOT, | No. C 11-80128 RS |
| Plaintiff, | |
| v. | **ORDER DENYING LEAVE TO FILE COMPLAINT** |
| MARCUS LEWIS, | |
| Defendant. | |

On June 16, 2011, the Court dismissed this action without prejudice, as plaintiff's application for leave to proceed *in forma pauperis* had been denied and plaintiff had not paid the filing fee as instructed to maintain the suit. After the case was closed, and without paying the filing fee, plaintiff submitted an amended complaint. The Court denied him leave to file an amended complaint and declined to reopen the case. On October 28, 2011, plaintiff filed an amended complaint. As plaintiff still has not complied with the Court's instruction to pay the filing fee, his resubmission of an amended complaint does not reopen the case. Further, plaintiff is advised that he may be subject to sanctions if he persists in filing pleadings without paying the filing fee. *See* Fed. R. Civ. P. 11.

IT IS SO ORDERED.

No. C 11-80128 RS
ORDER DENYING LEAVE TO FILE COMPLAINT

Dated: 11/9/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Vance S. Elliott
640 Eddy Street, #218
San Francisco, CA 94109

DATED: 11/9/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg